Hon. James Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTINE PHIRIPES, MICHAEL CURTIS,<br>CATHERINE BYLHOLT<br><br>    Defendant. | NO. CR15-00164<br><br>ORDER GRANTING<br>MOTION TO CONTINUE TRIAL DATE<br>AND PRETRIAL MOTIONS DEADLINE |

THIS MATTER has come before the Court on the motion of Defendants Christine Phiripes, Michael Curtis and Catherine Bylholt. Having considered each of the unopposed motions, and the records and files herein, THE COURT FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(B)(i), that failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice and would impede continuity of counsel.

[PROPOSED] ORDER CONTINUING TRIAL AND
EXTENDING PRETRIAL MOTIONS
-- 1
(US vs. Phiripes CR15-00164 JLR)

Hart Jarvis Chang PLLC
2025 First Avenue, Suite 830
Seattle, WA 98121
206-661-1811 (p)
206-260-2950 (f)

THE COURT FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), that failure to grant the continuance in this case would deny Ms. Phiripes continuity of counsel as a result of her attorney's expected child (due September 24th, 2015).

THE COURT FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and 18 U.S.C. § 3161(h)(8)(A), that the additional time requested is a reasonable period of delay. THE COURT FINDS, 18 U.S.C. § 3161(h)(8)(A), that the ends of justice will best be served by a continuance and that the ends of justice outweigh the best interests of the public and the Defendants in a speedier trial.

THE COURT FURTHER FINDS that the additional time requested between the original trial date of October 5th, 2015 and the new trial date of February 1st, 2016, is necessary to provide Ms. Phiripes with continuity of counsel due to her attorney's anticipated birth of his child. IT IS THEREFORE ORDERED that the Motion to Continue the Trial Date and Pretrial Motions is GRANTED. The trial date is extended from October 5, 2015 to February 1, 2016 at 1:30 p.m. The pretrial motions remains unchanged. IT IS FURTHER ORDERED that the time between the date of this order and the new trial date of February 1, 2016 is excluded in computing the time within which a trial must be held pursuant to 18 U.S.C. § 3161, et seq

Dated this 20th day of August, 2015.

_____
Honorable James L. Robart
United States District Court Judge

[PROPOSED] ORDER CONTINUING TRIAL AND
EXTENDING PRETRIAL MOTIONS
--2
(US vs. Phiripes CR15-00164 JLR)

Hart Jarvis Chang PLLC
2025 First Avenue, Suite 830
Seattle, WA 98121
206-661-1811 (p)
206-260-2950 (f)

Presented by:

/s/Brent Hart
Brent Hart, WSBA #30368
Attorney for Ms. Phiripes

No Objection:

/s/Paula Deutsch
Paula Deutsch, WSBA 23940
Attorney for Ms. Bylholt

/s/ Allen Bentley
Allen Bentley, WSBA 12275
Attorney for Mr. Curtis

/s/Erin Becker
Erin Becker, WSBA 28289
Assistant United States Attorney

[PROPOSED] ORDER CONTINUING TRIAL AND
EXTENDING PRETRIAL MOTIONS
--3
(US vs. Phiripes CR15-00164 JLR)

**Hart Jarvis Chang PLLC**
2025 First Avenue, Suite 830
Seattle, WA 98121
206-661-1811 (p)
206-260-2950 (f)

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participating counsel for this cause number.

/s/Brent Hart
WSBA No. 30368
Attorney for Christine Phiripes
Law Office of Brent Hart
2025 First Avenue Suite 830
Seattle, WA 98121
206/661-1811
206/260-2950
Bhart@hartjarvischang.com

[PROPOSED] ORDER CONTINUING TRIAL AND
EXTENDING PRETRIAL MOTIONS
--4
(US vs. Phiripes CR15-00164 JLR)

Hart Jarvis Chang PLLC
2025 First Avenue, Suite 830
Seattle, WA 98121
206-661-1811 (p)
206-260-2950 (f)