JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CATHERINE LESLIE BYLHOLT, <br><br> Defendant. | No. CR15-164-JLR <br><br> ~~(PROPOSED)~~ ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RETURN PASSPORT TO DEFENSE COUNSEL |



THIS MATTER has come before the Court on the Unopposed Motion for Return of Passport to the Defense Counsel, and the Court has reviewed the motion and the records and files herein.

IT IS NOW ORDERED that the Clerk of the Court is directed to release Ms. Bylholt's passport to the custody of Federal Defender Michael Filipovic, at Federal Public Defender's Office, 1601 Fifth Ave, Suite 700, Seattle, WA 98101, or allow counsel from the Federal Public Defender's Office to pick it up.

DATED this 29th day of November, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION
TO RETURN PASSPORT TO DEFENSE
COUNSEL - 1
(*Catherine Bylholt*; CR15-164JLR)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100